447 F.2d 981
 Eugene C. DAVIS, Plaintiff-Appellant,
v.
NATIONAL BROADCASTING COMPANY, Defendant-Appellee.
No. 71-1318 Summary Calendar.*
*Rule 18, 5 Cir. See Isbell Enterprises, Inc.
v.
Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431
F.2d 409, Part I.
 United States Court of Appeals, Fifth Circuit.
 July 16, 1971.
 
 John H. Brooks, of Laborde & Brooks, New Orleans, La., for plaintiff-appellant.
 Robert E. Winn, Cicero C. Sessions, Sessions, Fishman, Rosenson, Snellings & Boisfontaine, New Orleans, La., for defendant-appellee.
 Appeal from the United States District Court for the Eastern District of Louisiana; Alvin B. Rubin, District Judge, 320 F.Supp. 1070.
 Before GEWIN, GOLDBERG, and DYER, Circuit Judges.
 PER CURIAM:
 
 
 1
 Affirmed. See Local Rule 21.[1] Rosenbloom v. Metromedia, Inc., 1971, 403 U.S. 29, 91 S.Ct. 1811, 29 L.Ed.2d 296; New York Times Co. v. Sullivan, 1964, 376 U.S. 254, 84 S.Ct. 710, 11 L.Ed.2d 686; Davis v. National Broadcasting Co., D.C., 1970, 320 F.Supp. 1070.
 
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966